Charles THOMAS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Nov. 3, 1950.

Fulton & Hubbard for movant.

A. E. Funk, Attorney General and Wm. F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.